STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant William Ferreira

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: 12cr398-EMC |
| Plaintiff, | |
| v. | **Stipulation Continuing Admission and Sentencing Hearing Date; [Pro~~posed~~] Order** |
| **William Ferreira,** | |
| Defendant. | Date:  May 21, 2014<br>Time:  2:30 p.m. |

Defendant William Ferreira is currently set for admission of violation of his conditions of supervised release and sentencing on May 21, 2014, at 2:30 p.m. In order to accommodate the parties, Mr. Ferreira is requesting his next court date be moved to June 11, 2014, at 2:30 p.m. so that all may be present at the hearing. Accordingly, the parties request a continuance of the admission and sentencing hearing from May 21, 2014, to June 11, 2014.

The probation officer has been informed of the requested continuance and has no objection.

//

//

Stip. Cont. & [Prop.] Order
12cr398-EMC                              1

Dated:  May 19, 2014                    /s/ Candis Mitchell
                                        CANDIS MITCHELL
                                        Attorney for Defendant William Ferreira

Dated:  May 19, 2014                    /s/ Cynthia Frey
                                        CYNTHIA FREY
                                        Attorney for Government

# [Proposed] ORDER

For the reasons stated, the Court continues the sentencing hearing date from May 21, 2014, at 2:30 p.m., to June 11, 2014 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 5/19/14

_____
EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA