STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
candis_mitchell@fd.org

Counsel for Defendant William Ferreira

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: 12cr398-EMC |
| Plaintiff, | |
| v. | **Motion Continuing Hearing Date** |
| **William Ferreira,** | **Date:   March 8, 2017** |
| Defendant. | **Time:  2:30 p.m.** |

Defendant William Ferreira is currently set for hearing on violation of his conditions of supervised release and sentencing on March 8, 2017, at 2:30 p.m. Counsel for Mr. Ferreira is in trial, and is unavailable. In order to accommodate counsel, Mr. Ferreira is requesting his next court date be moved to March 15, 2017, at 2:30 p.m. so that all may be present at the hearing.

The probation officer has been informed of the requested continuance and has no objection.

Dated:  March 7, 2017                          */s/ Candis Mitchell*
                                                           CANDIS MITCHELL
                                                           Attorney for Defendant William Ferreira

Motion to Continue and Proposed Order
12cr398-EMC                      1

1

Dated: March 7, 2017

2

*/s/ Shailika Kotiya*
SHAILIKA KOTIYA
Attorney for Government

3

4

5

6

### [Proposed] ORDER

7

For the reasons stated, the Court continues the hearing date from March 5, 2017, at 2:30 p.m., to

8

March 15, 2017, at 2:30 p.m.

9

10

SO ORDERED.

11

12

DATED:_____    March 8, 2017



13

**The Ho_____en**
United S_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28